JACOB LEDERFEIND, Appellant, v. NATHANIEL FRIEDBERG, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, upon the merits, and also upon the ground that the application is belated. (See

rule XXVI of this court.) Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.